# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN J. FAVALORO

VERSUS

MELISSA LYNN FAVALORO

NO.   2020 CW 0101

FEB 1  2020

---

In Re:   Melissa Lynn Favaloro, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-14514.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**STAY DENIED; WRIT DENIED.**   While a judgment imposing sanctions for contempt is final and appealable, the portion of the trial court's January 16, 2020 judgment granting the motion for contempt filed by John J. Favaloro finding Melissa Lynn Favaloro in contempt of court and ordering sanctions included an award of attorney's fees without specifying the amount thereof. As a result, that judgment is not yet final and appealable. See **Advanced Leveling & Concrete Solutions**, 2017-1250 (La. App. 1st Cir. 12/20/18), 268 So.3d 1044, 1046 (en banc).   Once a judgment containing proper decretal language is signed, the portion of the judgment finding Melissa Lynn Favaloro in contempt and imposing sanctions upon her will be final and appealable, and she can seek an appeal therefrom.   See **Capital City Press, LLC v. Louisiana State University System Board of Supervisors**, 2013-1994 (La. 8/28/13), 120 So.3d 250 ("Insofar as relator is aggrieved by the August 14, 2013 judgment imposing sanctions for contempt, it has an adequate remedy by suspensive appeal."), citing La. Code Civ. P. art. 1915(A)(6).

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT